IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-000302-FL

KIMBERLI LEWIS,

    Plaintiff,

vs.

EQUITY EXPERTS.ORG, LLC,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on EquityExperts.org, LLC's Unopposed Motion to Seal Documents at ECF 76.

**WHEREAS**, the materials proposed to be filed under seal at ECF 76 contain confidential business information that has been designated by EquityExperts.org, LLC ("Equity") as confidential under the Protective Order;

**NOW, THEREFORE**, upon consideration of the record, Equity's motion and pursuant to the provisions of Rule 26 of the Federal Rules of Civil Procedure, Local Rule 79.2, and this Court's Protective Order;

**IT IS ORDERED THAT:**

ECF 76 shall be sealed at this time. Accordingly, Equity's Motion to File Documents Under Seal is hereby GRANTED.

**SO ORDERED** this 2nd day of January, 2025.

_____
United States District Court Judge